Thomas L. Simek, tsimek@cftc.gov
Jennifer J. Chapin, jchapin@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
4900 Main Street, Suite 500
Kansas City, MO 64112
(816) 960-7700

SEAN D. REYES (7969)
Utah Attorney General
Thomas M. Melton (4999), tmelton@agutah.gov
Robert Wing (4445), rwing@agutah.gov
Jennifer Korb (9147), jkorb@agutah.gov
Paula Faerber (8518), pfaerber@agutah.gov
Assistant Attorneys General
Attorneys for Plaintiff
STATE OF UTAH
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84114
(801) 366-0310

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>STATE OF UTAH DIVISION OF SECURITIES, through Attorney General, Sean D. Reyes,<br><br>     Plaintiffs,<br>v.<br><br>RUST RARE COIN INC., a Utah corporation, and GAYLEN DEAN RUST, an individual,<br><br>     Defendants; | NOTICE OF DEPOSITION OF GAYLEN DEAN RUST<br><br><br>Case No. 2:18-cv-00892<br><br>Judge: Tena Campbell |

| | |
|---|---|
| and<br><br>DENISE GUNDERSON RUST, an individual, JOSHUA DANIEL RUST, an individual, ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company.<br><br>    Relief Defendants. | |

PLEASE TAKE NOTICE that on Tuesday, November 20, 2018, beginning at 9:00 AM MST, and continuing until completed, Plaintiff's counsel will take the deposition of Defendant Gaylen Dean Rust at the offices of Parr Brown Gee & Loveless, 101 South 200 East, Suite 700, Salt Lake City, Utah. The deposition will be taken upon oral examination in accordance with the Utah Rules of Civil Procedure and stenographically recorded by a certified shorthand reporter.

DATED: November 16, 2018.

                                      **SEAN D. REYES**
                                      **UTAH ATTORNEY GENERAL**

                                      By: /s/ Paula W. Faerber
                                      Thomas M. Melton
                                      tmelton@agutah.gov
                                      Robert Wing
                                      rwing@agutah.gov
                                      Jennifer Korb
                                      jkorb@agutah.gov
                                      Paula Faerber
                                      pfaerber@agutah.gov
                                      Assistant Attorneys General
                                      Attorneys for Plaintiff
                                      STATE OF UTAH DIVISION OF SECURITIES
                                      Utah Attorney General Office
                                      160 East 300 South, Fifth Floor
                                      Salt Lake City, Utah 84114
                                      (801) 366-0310

CERTIFICATE OF SERVICE

I, Paula Faerber, certify that on the 16th day of November, 2018, I filed the foregoing Notice of Deposition by electronic means through the court's online filing system, and sent, by process server to:

Gaylen Rust
2815 W. GORDON AVE
LAYTON, UT 84041-8763

_____Paula Faerber_____