IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COMMODITY FUTURES TRADING, COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUST RARE COIN, INC., a Utah corporation, et al., <br><br> Defendants. | **ORDER** <br><br><br> Case No. 2:18 CV 892 TC <br><br> District Judge Tena Campbell |

Mr. Rulon-Frederick :DeYoung has moved, as far as the court can decipher, to intercede in the above captioned case. The court DENIES Mr. DeYoung's motion without prejudice because it is unclear what relief is sought. Furthermore, the court has appointed a receiver to marshal and distribute the assets of the defendants.

DATED this 7th day of January, 2019.

BY THE COURT:

*Tena Campbell*

Tena Campbell
United States District Judge