Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Cynthia D. Love (14703) (clove@parrbrown.com)
Stephen C. Mouritsen (16523) smourtisen@parrbrown.com)
**PARR BROWN GEE &LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532 7750

*Attorneys for Johnathan O. Hafen as Receiver for the Rust Rare Coin Receivership*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes<br><br>    Plaintiffs,<br>v.<br><br>RUST RARE COIN INC., a Utah corporation, GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, JOSHUA DANIEL RUST, an individual,<br><br>    Defendants;<br><br>and<br><br>ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company.<br><br>    Relief Defendants. | **ORDER GRANTING SECOND INTERIM FEE APPLICATION**<br><br><br>Civil No. 2:18-cv-00892-TC<br><br><br>Judge Tena Campbell<br><br><br>Magistrate Judge Dustin Pead |

Before the Court is the second interim fee application (the "Fee Application"), ECF No. _____, submitted by Jonathan O. Hafen in his capacity as the Court-Appointed Receiver for Rust Rare Coin Inc., Gaylen Dean Rust, R Legacy Racing Inc., R Legacy Entertainment LLC, R Legacy Investments LLC, Denise Gunderson Rust, and Joshua Daniel Rust (collectively, "Defendants") seeking approval by the Court for the expenses incurred by the Receiver; the Receiver's counsel, Parr Brown Gee & Loveless ("Parr Brown"); and the Receiver's accountants Berkeley Research Group ("BRG"), for the period of January 1, 2019 through March 31, 2019 (the "Application Period"), and authorization to pay all allowed fees and expenses from funds of the Receivership Estate.

Based on the Fee Application and accompanying exhibits, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Fee Application is GRANTED; and

2. The Receiver is hereby authorized to pay the fees and expenses incurred by the Receiver, Parr Brown, and BRG as follows:

   a. Receiver: $67,032 for fees and $2,500.49 for out-of-pocket expenses.

   b. Parr Brown: $362,218 for fees and $9,000.53 for out-of-pocket expenses.

   c. BRG: $284,972.50 for fees and $7,148.12 for out-of-pocket expenses.

3. The Receiver and his professionals will not take any fees or be reimbursed for any expenses from the Receivership Estate until after the Receiver recovers at least three times the amount of the fees for the Estate, at which time the approved fees and expenses shall be paid.

DATED this ___ day of _____, 2019.

                                                                                              _____
                                                                                              Honorable Dustin B. Pead
                                                                                              United States Magistrate Judge