# Exhibit D

# Exhibit D

# Exhibit D

# Rust Coin Receivership
## Time Detail for Conflict Receiver and Klein & Associates
### January 1, 2020 to March 31, 2020

| Date | Worker | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/13/2020 | WK | 0.2 | 0.00 | 0.00 | Review invoices from Manning Curtis. Time not billed. |
| 1/29/2020 | WK | 0.1 | 250.00 | 25.00 | Respond to D. Castleberry on transfers from Edward Jones, send accounting documents. |
| 1/30/2020 | WK | 0.6 | 250.00 | 150.00 | Review information from Edward Jones attorney, send documents showing payments to Edward Jones and copy of Percell will; request SSN from Parr Brown. |
| 2/14/2020 | WK | 0.1 | 250.00 | 25.00 | Read answer filed by Edward Jones. |
| 3/13/2020 | WK | 0.3 | 250.00 | 75.00 | Review files on Edward Jones; read correspondence with parties on discovery; read draft attorney planning meeting report, respond to D. Castleberry with comments. |
| 3/16/2020 | WK | 2.4 | 250.00 | 600.00 | Read correspondence from Edward Jones attorney on discovery limits; read account documents for V. Percell; make list of issues to address with attorney (.4); call with E. Christiansen, notes of call; email C. Love and D. Castleberry with comments about approach for Edward Jones; send request to E. Christiansen for further research on possible recipient of Rust Coin funds (.9); review files for other targets; email K. Collins on transfers to Tilley; give directions to D. Castleberry on subpoenas to Percell siblings; research docket in Gregory v. Zions; email S. Waterman on status and effect of amended complaint (.7); read responses from Zions, Tilley (.1); draft tolling agreement extension for USU, send (.3). |
| 3/17/2020 | WK | 1.9 | 250.00 | 475.00 | Call with D. Castleberry on conflicts check for other potential defendants, sending subpoenas to Percells, Receiver discussion with E. Christiansen (.5); read documents from Parr Brown on payments to Percells (.1); call with D. Moers-Putzer on Percell payments, personal representative for Richard Percell (.7); notes of call, send summary to D. Castleberry (.6). |
| 3/23/2020 | WK | 1.8 | 250.00 | 450.00 | Review files, draft letter to S. Cottingham requesting information on payments to V. Percell, actions taken by Swarz. |
| 3/27/2020 | WK | 0.1 | 250.00 | 25.00 | Call with D. Castleberry on information needed for initial disclosures to Edward Jones, sending subpoenas to Percells. |
| 3/30/2020 | WK | 1.0 | 250.00 | 250.00 | Email Utah State University on tolling agreement; emails with D. Castleberry; receive tolling agreement, sign and send to USU; notify Cynthia Love, request information on similar cases (.4); read draft subpoenas to Percells, create redline, send comments to D. Castleberry, send with comments (.6). |
| 3/31/2020 | WK | 0.1 | 250.00 | 25.00 | Read response from C. Love on other recoveries against charities. |
| **Total** | | **8.6** | | **2,100.00** | |



MANNING
CURTIS
BRADSHAW &
BEDNAR PLLC
ATTORNEYS

136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
Facsimile (801) 364-5678
**www.mc2b.com**

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT  84110

Statement Date: 03/31/2020

Account No: 21873

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 21873-00010 Edwards Jones | | | | | |
| 4,414.50 | 5,492.00 | 0.00 | 0.00 | -2,836.00 | $7,070.50 |

Taxpayer ID # 84-1395129



MANNING
CURTIS
BRADSHAW &
BEDNAR PLLC
ATTORNEYS

136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
Facsimile (801) 364-5678
www.mc2b.com

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT  84110

Page No:               1
Statement Date:    03/31/2020
Account No:    21873-00010
Statement No:          58641

Edwards Jones

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/04/2020 | | | | |
| | MML | Research re deadline for filing Attorney Planning Meeting Report; correspond with opposing counsel re same; draft proposed Attorney Planning Meeting Report. | 2.50 | 550.00 |
| | DCC | Review e-mail from opposing counsel; email exchanges with MMLongson re same; identify follow up re APMR, etc.; review e-mail from MMLongson re APMR to opposing counsel. | 0.80 | 280.00 |
| 03/05/2020 | | | | |
| | MML | Revise Attorney Planning Meeting Report and Discovery Plan and send to DCCastleberry re review. | 0.30 | 66.00 |
| | DCC | Review e-mail from MMLongson; review draft APMR and note follow up re same. | 0.50 | 175.00 |
| 03/07/2020 | | | | |
| | DCC | Read draft APMR and send email to MMLongson re changes to make. | 0.50 | 175.00 |
| 03/09/2020 | | | | |
| | DCC | Review e-mail and APMR from MMLongson to opposing counsel. | 0.20 | 70.00 |

|  |  |  | Page No: | 2 |
|---|---|---|---|---|
|  |  |  | Statement Date: | 03/31/2020 |
|  |  |  | Account No: | 21873-00010 |
|  | Rust Coin Receivership |  | Statement No: | 58641 |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | MML | Revise Attorney Planning Meeting Report and send to opposing counsel. | 0.50 | 110.00 |
| 03/10/2020 | MML | Review documents and correspondence from Receiver in preparation for call; hold Attorney Planning Meeting phone call with opposing counsel; review edits to Attorney Planning Meeting Report draft from opposing counsel. | 1.30 | 286.00 |
|  | DCC | Read e-mail from MMLongson re APMR with suggested changes from opposing counsel; conference with MMLongson re same. | 0.40 | 140.00 |
| 03/12/2020 | MML | Confer with DCCastleberry re opposing counsel's edits to Attorney Planning Meeting Report; send same to client. | 0.30 | 66.00 |
|  | DCC | Telephone conference with Wayne Klein re discovery and APMR; review e-mail from MMLongson re APMR; identify follow up re same; review e-mail from opposing counsel. | 1.00 | 350.00 |
| 03/13/2020 | MML | Draft/revise Attorney Planning Meeting Report per correspondence with opposing counsel; draft and file Stipulated Motion for Scheduling Conference. | 1.20 | 264.00 |
|  | DCC | Analyze issues re timing for AMPR report; e-mail exchanges with MMLongson, with receiver, and with opposing counsel; e-mail exchanges with opposing counsel; review order filed by court; review documents from opposing counsel; work on APMR with MMLongson and opposing counsel; file with court request for hearing and exchanges re same. | 1.50 | 525.00 |
| 03/16/2020 | DCC | Read e-mail from receiver re follow up with documents in case; review e-mail from receiver to opposing counsel; review e-mail from receiver re follow up subpoenas in case; review e-mail from Cynthia Love. | 0.70 | 245.00 |
| 03/17/2020 | DCC | Read e-mail from Cynthia Love re follow up; review emails from David Mooers-Putzer; review documents from David |  |  |

|  |  | Page No: | 3 |
|---|---|---|---|
| Rust Coin Receivership |  | Statement Date: | 03/31/2020 |
|  |  | Account No: | 21873-00010 |
|  |  | Statement No: | 58641 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | Mooers-Putzer; review e-mail from receiver; telephone conference with receiver. | 1.00 | 350.00 |
| 03/23/2020 | MML | Confer with DCCastleberry re initial disclosures. | 0.30 | 66.00 |
| 03/26/2020 | DCC | Work on issues re initial disclosures and draft e-mail to receiver re same; draft e-mail to receiver re subpoenas to issue. | 0.50 | 175.00 |
| 03/27/2020 | CAJ | Draft subpoenas duces tecum to Vanessa Percell and Charlotte Percell; review file for location of both witnesses; draft notice of intent related to same. | 1.00 | 155.00 |
|  | DCC | Telephone conference with receiver re case. | 0.30 | 105.00 |
| 03/30/2020 | MML | Review and revise CAJones subpoena drafts and Notice of Intent; draft Subpoena Riders for Percell subpoenas; correspond re same and initial disclosures with conflicts counsel. | 2.00 | 440.00 |
|  | DCC | Conference with MMLongson re follow up re initial disclosures and provide instruction re same; review e-mail from MMLongson to counsel re initial disclosures; review drafts of subpoenas and draft e-mail to receiver re same; review edited subpoena and draft follow up e-mail to receiver re same; edit subpoena and draft e-mail to MMLongson and CAJones re same. | 1.00 | 350.00 |
| 03/31/2020 | DCC | E-mail exchanges with CAJones and MMLongson re subpoenas; follow up email exchanges re same; e-mail exchanges with Cynthia Love and analyze issues re expert, etc. | 0.90 | 315.00 |
|  | MML | Correspond internally and with Receiver's counsel re subpoenas to Charlotte and Vanessa Percell. | 0.50 | 110.00 |
|  | CAJ | Communications with MMLongson and DCCastleberry re |  |  |

|  | Page No: | 4 |
|---|---|---|
|  | Statement Date: | 03/31/2020 |
|  | Account No: | 21873-00010 |
| Rust Coin Receivership | Statement No: | 58641 |

|  | Hours |  |
|---|---|---|
| subpoenas to the Percell's; revise both SDT's; revise Notice of Intent. | 0.80 | 124.00 |
| For Current Services Rendered | 20.00 | 5,492.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David C. Castleberry | 9.30 | $350.00 | $3,255.00 |
| Cortney A. Jones | 1.80 | 155.00 | 279.00 |
| Mitch M. Longson | 8.90 | 220.00 | 1,958.00 |

| Total Current Work | 5,492.00 |
|---|---|
| Previous Balance | $4,414.50 |

### Payments

| 03/23/2020 | Payment Received Commodity Futures Trading Comm Check # 256 | -2,836.00 |
|---|---|---|

| Balance Due | $7,070.50 |
|---|---|

Taxpayer ID # 84-1395129



136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
Facsimile (801) 364-5678
**www.mc2b.com**

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT  84110

Statement Date:  03/31/2020

Account No:  21873

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 21873-00020 Utah State | | | | | |
| 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | $400.00 |

Taxpayer ID # 84-1395129



136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
Facsimile (801) 364-5678
**www.mc2b.com**

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT  84110

| | |
|---|---:|
| Page No: | 1 |
| Statement Date: | 03/31/2020 |
| Account No: | 21873-00020 |
| Statement No: | 58642 |

Utah State

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/16/2020 | | | | |
| | DCC | Review e-mail from receiver to general counsel at Utah State re claims; review e-mail from general counsel re tolling agreement. | 0.30 | 120.00 |
| 03/27/2020 | | | | |
| | DCC | Telephone conference with Receiver re tolling agreement. | 0.20 | 80.00 |
| 03/30/2020 | | | | |
| | DCC | Email exchanges with Receiver; e-mail exchanges with MMLongson; and e-mail exchanges with Utah State's counsel and assistants re tolling agreement and complaint, if needed; review e-mail from receiver re fully-executed tolling agreement; draft e-mail to MMLongson re same; review follow up emails from Utah State. | 0.50 | 200.00 |
| | | For Current Services Rendered | 1.00 | 400.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| David C. Castleberry | 1.00 | $400.00 | $400.00 |

Total Current Work                                                                                 400.00

Rust Coin Receivership

Page No: 2
Statement Date: 03/31/2020
Account No: 21873-00020
Statement No: 58642

Balance Due $400.00

Taxpayer ID # 84-1395129



| | 136 East South Temple, Suite 1300 |
| --- | --- |
| | Salt Lake City, Utah 84111 |
| | (801) 363-5678 |
| | Facsimile (801) 364-5678 |
| | www.mc2b.com |

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT 84110

Statement Date: 03/31/2020

Account No: 21873

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
| --- | --- | --- | --- | --- | --- |
| 21873-00030 Zions Bank | | | | | |
| 0.00 | 160.00 | 0.00 | 0.00 | 0.00 | $160.00 |

Taxpayer ID # 84-1395129



**Manning Curtis Bradshaw & Bednar** PLLC
ATTORNEYS

136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
Facsimile (801) 364-5678
www.mc2b.com

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT 84110

Page No: 1
Statement Date: 03/31/2020
Account No: 21873-00030
Statement No: 58643

Zions Bank

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 03/16/2020 | | | | |
| | DCC | Read e-mail from receiver re follow up re case. | 0.20 | 80.00 |
| 03/27/2020 | | | | |
| | DCC | Telehone conference with receiver re matter. | 0.20 | 80.00 |
| | | For Current Services Rendered | 0.40 | 160.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David C. Castleberry | 0.40 | $400.00 | $160.00 |

Total Current Work                                         160.00

Balance Due                                               $160.00

Taxpayer ID # 84-1395129



MANNING
CURTIS
BRADSHAW &
BEDNAR PLLC
ATTORNEYS

136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
Facsimile (801) 364-5678
www.mc2b.com

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT  84110

Statement Date: 03/31/2020

Account No: 21873

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 21873-00040 Tilley Estate & Gayle Winterrose | | | | | |
| 0.00 | 160.00 | 0.00 | 0.00 | 0.00 | $160.00 |

Taxpayer ID # 84-1395129



**MANNING CURTIS BRADSHAW & BEDNAR** PLLC
ATTORNEYS

136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
(801) 363-5678
Facsimile (801) 364-5678
www.mc2b.com

Wayne Klein
Rust Coin Receivership
KLEIN & ASSOCIATES, PLLC
P.O. Box 1836
Salt Lake City, UT  84110

| | |
|---|---:|
| Page No: | 1 |
| Statement Date: | 03/31/2020 |
| Account No: | 21873-00040 |
| Statement No: | 58644 |

Tilley Estate & Gayle Winterrose

### Fees

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/16/2020 | | | | |
| | DCC | Read e-mail from receiver to Kent Collins re tolling agreement. | 0.20 | 80.00 |
| 03/27/2020 | | | | |
| | DCC | Telephone conference with receiver re matter. | 0.20 | 80.00 |
| | | For Current Services Rendered | 0.40 | 160.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| David C. Castleberry | 0.40 | $400.00 | $160.00 |

Total Current Work                                                                 160.00

Balance Due                                                                       $160.00

Taxpayer ID # 84-1395129