# Exhibit E

# Exhibit E

# Exhibit E

Joseph M.R. Covey (7492) (jcovey@parrbrown.com)
Cynthia D. Love (14703) (clove@parrbrown.com)
Walter O. Peterson (17300) (wpeterson@parrbrown.com)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Jonathan O. Hafen as Receiver*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes<br><br>    Plaintiffs,<br>      v.<br><br>RUST RARE COIN INC., a Utah corporation, GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, JOSHUA DANIEL RUST, an individual,<br><br>    Defendants;<br><br>and<br><br>ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company.<br><br>    Relief Defendants. | **ORDER GRANTING NINTH INTERIM FEE APPLICATION**<br><br><br><br>Civil No. 2:18-cv-00892-TC<br><br><br>Judge Tena Campbell<br><br><br>Magistrate Judge Dustin Pead |

Before the Court is the ninth interim fee application (the "Fee Application"), submitted by Jonathan O. Hafen in his capacity as the Court-Appointed Receiver for Rust Rare Coin Inc., Gaylen Dean Rust, R Legacy Racing Inc., R Legacy Entertainment LLC, R Legacy Investments LLC, Denise Gunderson Rust, and Joshua Daniel Rust (collectively, "Defendants") seeking approval by the Court for the expenses incurred by the Receiver; the Receiver's counsel, Parr Brown Gee & Loveless ("Parr Brown"); the Receiver's accountants, Berkeley Research Group ("BRG"), the Conflict Receiver, Wayne Klein, and his legal counsel, Manning Curtis Bradshaw & Bednar, for the period of October 1, 2020 through December 31, 2020 (the "Application Period"), and authorization to pay all allowed fees and expenses from funds of the Receivership Estate.

Based on the Fee Application and accompanying exhibits, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Fee Application is GRANTED; and

2. The Receiver is hereby authorized to pay the fees and expenses incurred by the Receiver, Parr Brown, BRG, the Conflict Receiver and his counsel as follows:

   a. Receiver: $30,132.00 for fees.

   b. Parr Brown: $544,524.50 for fees and
   $6,484.10 for out-of-pocket expenses.

   c. BRG: $119,788.88 for fees and
   $71.88 for out-of-pocket expenses.

   d. Conflict Receiver: $2,928.00 for fees.
   (and counsel)

3. The Receiver and his professionals will not take any fees or be reimbursed for any

expenses from the Receivership Estate until after the Receiver recovers at least three times the amount of the fees for the Estate, at which time the approved fees and expenses shall be paid.

DATED this _____ day of _____, 2021.

                                                                                                              _____
                                                                                                              Honorable Dustin B. Pead
                                                                                                              United States Magistrate Judge