IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUST RARE COIN INC., et al., <br><br> Defendants. | **ORDER GRANTING APPROVAL OF CLAIMS OBJECTION RESOLUTION PROCEDURES AND CLAIMS BAR DATE** <br><br> Case No. 2:18-cv-00892-TC-DBP <br><br> District Judge Tena Campbell <br> Chief Magistrate Judge Dustin B. Pead |

Before the court is the Receiver's Motion Seeking Approval of Claims Objection Resolution Procedures and Claims Bar Date. (ECF No. 453.) The only response or objection to the Motion filed, submitted, or served upon the Receiver is Gretchen Howell's Limited Objection to Motion for Approval of Claims Objection Procedures. This order resolves the concerns raised in Ms. Howell's Limited Objection. Based on the Motion and its attached exhibits, accounting for Ms. Howell's Limited Objection, and considering applicable law, the record in this case and <u>Hafen v. Howell</u>, Case No. 2:19-cv-813, and for good cause appearing, **IT IS HEREBY ORDERED** that:

(1) The Motion (ECF No. 453) is GRANTED, except as to the claim of Gretchen Howell;

(2) The form and content of each of the proposed forms attached to the Motion as exhibits are APPROVED; and

(3) The method of notice as described in the Motion is APPROVED.

(4) The claims objection and resolution procedure described in the Motion and approved herein (the "Claim Objection Procedures") will not control as to Gretchen Howell or her claim submitted on October 4, 2019 ("Gretchen Howell's Claim"). Although the Receiver may list in the Claims Registry his position regarding the status of Gretchen Howell's Claim, neither the Claim Objection Procedure nor this Order shall affect Gretchen Howell's Claim. Any objection the Receiver may have to Gretchen Howell's Claim shall be resolved in Hafen v. Howell, Case No. 2:19-cv-813, based upon the pleadings currently of record therein.

DATED this 31st day of May, 2022.

BY THE COURT:

_Tena Campbell_
TENA CAMPBELL
United States District Judge