Page: 1

# Ledger Report

| | | |
|---|---|---|
| Case Number: | 2:18-CV-892 | |
| Case Name: | Commodity Futures Trading Comm | |
| Taxpayer ID #: | 83-6603640 | |
| Period: | 04/01/22 - 06/30/22 | |

| | |
|---|---|
| Trustee: | Jonathan Hafen (640280) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | 3910004423 - Operating Account |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/22 | | Sarah McBride | Settlement | 4009-000 | 255.00 | | 14,303,478.43 |
| 06/21/22 | 102 | Parr Brown Gee & Loveless | Fourteenth Fee Application | | | 325,505.34 | 13,977,973.09 |
| | | | Receiver | 6007-001 | 22,358.70 | | 13,977,973.09 |
| | | | Parr Brown fees | 6007-001 | 301,142.70 | | 13,977,973.09 |
| | | | Parr Brown expenses | 6002-002 | 2,003.94 | | 13,977,973.09 |
| 06/21/22 | 103 | Berkeley Research Group | Fourteenth Fee Application | | | 39,140.18 | 13,938,832.91 |
| | | | | 6007-003 | 39,137.00 | | 13,938,832.91 |
| | | | | 6007-004 | 3.18 | | 13,938,832.91 |
| 06/21/22 | 104 | Klein & Associates | Fourteenth Fee Application | 6007-000 | | 385.00 | 13,938,447.91 |
| 06/21/22 | 105 | Moyes Sellers and Hendricks | Fourteenth Fee Application | 6007-000 | | 8,860.25 | 13,929,587.66 |
| 06/28/22 | | Sara McBride | | 4009-000 | 255.00 | | 13,929,842.66 |
| 06/28/22 | | Parke Inc | | 4009-000 | 537,680.55 | | 14,467,523.21 |

**ACCOUNT TOTALS**           14,843,788.79    373,890.77    $14,467,523.21

**TOTAL - ACCOUNT    3910004423**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 14,303,223.43 | | | |
| 3 | Deposits | 538,190.55 | 4 | Checks | 373,890.77 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $14,841,413.98 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $373,890.77 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $14,841,413.98 | | | |

{} Asset reference(s)  {-Not printed or not transmitted

# Ledger Report

| Case Number: | 2:18-CV-892 | Trustee: | Jonathan Hafen (640280) |
| --- | --- | --- | --- |
| Case Name: | Commodity Futures Trading Comm | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | 3910004458 - R Legacy Entertainment |
| Taxpayer ID #: | 83-6603640 | Blanket Bond: | $0.00  (per case limit) |
| Period: | 04/01/22 - 06/30/22 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/22/22 | | cdbaby | | 4009-000 | 348.75 | | 1,776,774.46 |
| 05/13/22 | | cdbaby | | 4009-000 | 586.37 | | 1,777,360.83 |
| 05/13/22 | | cdbaby | | 4009-000 | 277.48 | | 1,777,638.31 |
| 05/13/22 | | cdbaby | | 4009-000 | 484.41 | | 1,778,122.72 |
| 06/08/22 | | cdbaby | | 4009-000 | 264.93 | | 1,778,387.65 |
| 06/08/22 | | cdbaby | | 4009-000 | 116.09 | | 1,778,503.74 |
| 06/08/22 | | cdbaby | | 4009-000 | 422.19 | | 1,778,925.93 |
| 06/24/22 | | cdbaby | | 4009-000 | 394.87 | | 1,779,320.80 |
| 06/28/22 | | cd baby | | 4009-000 | 477.30 | | 1,779,798.10 |

ACCOUNT TOTALS     2,895,097.33     0.00     $1,779,798.10

TOTAL - ACCOUNT   3910004458

| | | |
| --- | --- | --- |
| Balance Forward | 1,776,425.71 | |
| Deposits | 9 | 3,372.39 |
| Interest Postings | 0 | 0.00 |
| Subtotal | | $1,779,798.10 |
| Adjustments In | 0 | 0.00 |
| Transfers In | 0 | 0.00 |
| Total | | $1,779,798.10 |

| | | |
| --- | --- | --- |
| Checks | 0 | 0.00 |
| Adjustments Out | 0 | 0.00 |
| Transfers Out | 0 | 0.00 |
| Total | | $0.00 |

{} Asset reference(s)   !-Not printed or not transmitted

# Ledger Report

| Case Number: | 2:18-CV-892 | | Trustee: | Jonathan Hafen (640280) |
| --- | --- | --- | --- | --- |
| Case Name: | Commodity Futures Trading Comm | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | 3910004466 - R Legacy Investment |
| Taxpayer ID #: | 83-6603640 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/22 - 06/30/22 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/08/22 | | Aleesha Franklin | April 2022 payment | 4009-000 | 280.00 | | 3,687,862.82 |
| | | | | | 3,875,241.05 | 0.00 | $3,687,862.82 |

## ACCOUNT TOTALS

| | | | |
| --- | --- | --- | --- |
| | 0 | Checks | 0.00 |
| | 0 | Adjustments Out | 0.00 |
| | 0 | Transfers Out | 0.00 |
| | | Total | $0.00 |

**TOTAL - ACCOUNT 3910004466**

| | | |
| --- | --- | --- |
| | Balance Forward | 3,687,582.82 |
| 1 | Deposits | 280.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $3,687,862.82 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $3,687,862.82 |

# Ledger Report

**Case Number:** 2:18-CV-892
**Case Name:** Commodity Futures Trading Comm

**Taxpayer ID #:** 83-6603640
**Period:** 04/01/22 - 06/30/22

**Trustee:** Jonathan Hafen (640280)
**Bank Name:** Metropolitan Commercial Bank
**Account:** 3910004474 - R Legacy Racing
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/22/22 | | Silver Ponzi @ Sunland on 4/3/2022 | | 4001-000 | 690.00 | | 56,721.51 |
| 06/24/22 | | New Mexico Horse Breeders Association | Sixth Gear @ SunRay on 5/29/2022 | 4001-000 | 540.00 | | 57,261.51 |
| | | | | | 57,393.31 | 0.00 | $57,261.51 |

## ACCOUNT TOTALS

|   |                    |       |   |                 |       |
|---|--------------------|-------|---|-----------------|-------|
|   | Checks             | 0.00  | 0 | Adjustments Out | 0.00  |
|   |                    |       | 0 | Transfers Out   | 0.00  |
|   |                    |       |   | **Total**       | $0.00 |

### TOTAL - ACCOUNT 3910004474

|   |                   |            |
|---|-------------------|------------|
|   | Balance Forward   | 56,031.51  |
| 2 | Deposits          | 1,230.00   |
| 0 | Interest Postings | 0.00       |
|   | Subtotal          | $57,261.51 |
| 0 | Adjustments In    | 0.00       |
| 0 | Transfers In      | 0.00       |
|   | Total             | $57,261.51 |

{} Asset reference(s)

# Ledger Report

| | |
|---|---|
| Case Number: | 2:18-CV-892 |
| Case Name: | Commodity Futures Trading Comm |
| Taxpayer ID #: | 83-6603640 |
| Period: | 04/01/22 - 06/30/22 |

| | |
|---|---|
| Trustee: | Jonathan Hafen (640280) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | 3910004482 - Rust Rare Coin |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/22 | | Echo Kilo Management | | 4009-000 | 65,000.00 | | 199,263.10 |
| 04/12/22 | 282 | Salt Lake Legal | # 163527; 163632; 163747 | 6009-000 | | 4,540.05 | 194,723.05 |
| 04/12/22 | 283 | Utah State Tax Commission | TC-559, 2021, EIN 83-6603640 | 6006-002 | | 100.00 | 194,623.05 |
| 04/22/22 | 284 | Salt Lake Legal | Invoice #163856 | 6009-000 | | 825.69 | 193,797.36 |
| 05/13/22 | | Easy Tracks | May payment | 4009-000 | 300.00 | | 194,097.36 |
| 05/13/22 | | Parr Brown Gee & Loveless | Transfer of petty cash received | 4001-000 | 300.00 | | 194,397.36 |
| 05/13/22 | 285 | Salt Lake Legal | Invoices # 164069; 163899; 163978 | 6009-000 | | 3,746.69 | 190,650.67 |
| 06/08/22 | 286 | Salt Lake Legal | Invoices #164202; 164177 | 6009-000 | | 2,361.41 | 188,289.26 |
| 06/24/22 | | Easy Tracks LLC | June, 2022 | 4009-000 | 300.00 | | 188,589.26 |
| | | | **ACCOUNT TOTALS** | | 8,262,250.18 | 11,573.84 | $188,589.26 |

**TOTAL - ACCOUNT   3910004482**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 134,263.10 | | | |
| 3 | Deposits | 900.00 | 5 | Checks | 11,573.84 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $135,163.10 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 65,000.00 | | Total | $11,573.84 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $200,163.10 | | | |

{} Asset reference(s)   !-Not printed or not transmitted

Page: 6

# Ledger Report

**Case Number:** 2:18-CV-892
**Case Name:** Commodity Futures Trading Comm

**Taxpayer ID #:** 83-6603640
**Period:** 04/01/22 - 06/30/22

**Trustee:** Jonathan Hafen (640280)
**Bank Name:** Metropolitan Commercial Bank
**Account:** 3910004490 - YourLDSNeighborhood
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

(No Transactions on File for this Period)

{} Asset reference(s)

# Ledger Report

| Case Number: | 2:18-CV-892 | Trustee: | Jonathan Hafen (640280) |
|---|---|---|---|
| Case Name: | Commodity Futures Trading Comm | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | 3910004504 - Legacy Music Alliance |
| Taxpayer ID #: | 83-6603640 | Blanket Bond: | $0.00  (per case limit) |
| Period: | 04/01/22 - 06/30/22 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

{} Asset reference(s)

# Ledger Report

| Case Number: | 2:18-CV-892 | Trustee: | Jonathan Hafen (640280) |
|---|---|---|---|
| Case Name: | Commodity Futures Trading Comm | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | 3910004512 - R Legacy Ranch |
| Taxpayer ID #: | 83-6603640 | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/22 - 06/30/22 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

# Ledger Report

| Case Number: | 2:18-CV-892 | | Trustee: | Jonathan Hafen (640280) |
| Case Name: | Commodity Futures Trading Comm | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | 3910004520 - Gaylen Rust |
| Taxpayer ID #: | 83-6603640 | | Blanket Bond: | $0.00 (per case limit) |
| Period: | 04/01/22 - 06/30/22 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

# Ledger Report

| | | |
|---|---|---|
| **Case Number:** | 2:18-CV-892 | |
| **Case Name:** | Commodity Futures Trading Comm | |
| **Taxpayer ID #:** | 83-6603640 | |
| **Period:** | 04/01/22 - 06/30/22 | |
| **Trustee:** | Jonathan Hafen (640280) | |
| **Bank Name:** | Metropolitan Commercial Bank | |
| **Account:** | 3910004539 - The Writer's Den | |
| **Blanket Bond:** | $0.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

# Ledger Report

| | |
|---|---|
| **Case Number:** 2:18-CV-892 | **Trustee:** Jonathan Hafen (640280) |
| **Case Name:** Commodity Futures Trading Comm | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** 83-6603640 | **Account:** 3910004547 - Torque Entertainment |
| **Period:** 04/01/22 - 06/30/22 | **Blanket Bond:** $0.00 (per case limit) |
| | **Separate Bond:** N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

{} Asset reference(s)

## Ledger Report

| Case Number: | 2:18-CV-892 |
|---|---|
| Case Name: | Commodity Futures Trading Comm |
| Taxpayer ID #: | 83-6603640 |
| Period: | 04/01/22 - 06/30/22 |

| Trustee: | Jonathan Hafen (640280) |
|---|---|
| Bank Name: | Metropolitan Commercial Bank |
| Account: | 3910004601 - Denise Rust |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts over Case Life | Disbursements over Case Life | Ledger Code | Account Balances | Reserve Balances | Receipts $ | Disbursements $ | Account Bal. Less Reserves | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | | | | | | | | |
| | | Checking # 3910004423 | | 14,843,788.79 | 376,265.58 | | 14,467,523.21 | 0.00 | | | 14,467,523.21 | |
| | | Checking # 3910004458 | | 2,889,625.33 | 1,115,299.23 | | 1,779,798.10 | 0.00 | | | 1,779,798.10 | |
| | | Checking # 3910004466 | | 3,809,404.05 | 187,378.23 | | 3,687,862.82 | 0.00 | | | 3,687,862.82 | |
| | | Checking # 3910004474 | | 57,393.31 | 131.80 | | 57,261.51 | 0.00 | | | 57,261.51 | |
| | | Checking # 3910004482 | | 8,262,250.18 | 8,073,660.92 | | 188,589.26 | 0.00 | | | 188,589.26 | |
| | | Checking # 3910004490 | | 0.00 | 0.00 | | 0.00 | 0.00 | | | 0.00 | |
| | | Checking # 3910004504 | | 12,668.54 | 0.00 | | 12,668.54 | 0.00 | | | 12,668.54 | |
| | | Checking # 3910004512 | | 286,210.00 | 61,000.00 | | 225,210.00 | 0.00 | | | 225,210.00 | |
| | | Checking # 3910004520 | | 26,945.79 | 0.00 | | 26,945.79 | 0.00 | | | 26,945.79 | |
| | | Checking # 3910004539 | | 2,103.29 | 5,572.27 | | 65,276.02 | 0.00 | | | 65,276.02 | |
| | | Checking # 3910004547 | | 1,942.13 | 100.00 | | 10,842.13 | 0.00 | | | 10,842.13 | |
| | | Checking # 3910004601 | | 1,863.25 | 512.00 | | 1,351.25 | 0.00 | | | 1,351.25 | |
| | | | | $30,194,193.97 | $9,670,865.34 | | $20,523,328.63 | $0.00 | | | $20,523,328.63 | |

**TOTAL - CASE**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 20,299,820.30 | | |
| 18 | Deposits | 543,972.94 | 9 Checks | 385,464.61 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | Subtotal | $20,843,793.24 | 0 Transfers Out | 0.00 |
| 1 | Adjustments In | 65,000.00 | Total | $385,464.61 |
| 0 | Transfers In | 0.00 | | |
| | Total | $20,908,793.24 | Net Total Balance | $20,523,328.63 |

{} Asset reference(s)