| Claim Number | Company/Entity Name | Claimant Name |
|---|---|---|
| CL0001 | | Cindy V. Rodberg |
| CL0002 | | Kirk Horse Insurance, LLC |
| CL0003 | | B. Kent Woodfin |
| CL0004 | | Victor H. Phillips |
| CL0005 | | Adam Foster |
| CL0006 | | Brian Peterson |
| CL0007 | Celia Hobson Ockey Trust | The Celia Hobson Ockey Trust |
| CL0008 | | Nancy Anderson |
| CL0009 | | Chadd Watson |
| CL0010 | | Alan Lance Allred |
| CL0011 | | Sherman K. Margetts |
| CL0012 | | Donald Brett Neville |
| CL0013 | | Scott and Deborah Douglass |
| CL0014 | D/B/A Premier Computing, Inc. | Evolution MS, Inc., (D/B/A Premier Computing, Inc.) |
| CL0015 | | Benjamin P. and Melinda J. Crandall Revocable Trust |
| CL0016 | | Darla Rae Ketcham |
| CL0017 | | Chad Brigg and Whitney Joy Neibaur |
| CL0018 | Lambert Family Revocable Living Trust | Lambert Family Revocable Living Trust |
| CL0019 | | Heather M. Holman |
| CL0020 | | Larry Fisher |
| CL0021 | N&C Johnson Family Trust | N&C Johnson Family Trust |
| CL0022 | | Ed Norfleet |
| CL0023 | | Darrus McBride |
| CL0024 | Hartwell Farm Inc. | Hartwell Farm Inc. |
| CL0025 | | Zhimei Lantz |
| CL0026 | Rolfe Entertainment Law | John M. Rolfe Jr. (Rolfe Entertainment Law) |
| CL0027 | | Shaun Ault |
| CL0028 | | Nolan and Vicki Anderson |
| CL0029 | | Brian Christopher and Kiva Lyn Johnson |
| CL0030 | | Cassity C. and Lisa O. Bleazard |
| CL0031 | | Tom Wood |
| CL0032 | Master Mind Alliance, LLC | Master Mind Alliance, LLC (Scott Morrison and Tom Wood) |
| CL0033 | John S. Rogers, LLC | John S. Rogers, LLC |
| CL0034 | | John E. Johnstun |
| CL0035 | | Tyler J. Bailey |
| CL0036 | | Charles Scott Davidson |

| | | |
|---|---|---|
| CL0037 | | Nathan Robert Murdock |
| CL0038 | | Rebecca Brimley |
| CL0039 | | Felicia J. Frey |
| CL0040 | | Natalie Rich |
| CL0041 | | William Shayne Guffey |
| CL0042 | | Zeldon Nelson |
| CL0043 | | LeRoy and Kelly Transfield |
| CL0044 | | Paul R. Dance |
| CL0045 | | Peter Kirwan |
| CL0046 | | Charles Clanton |
| CL0047 | | Wayne N. Hall |
| CL0048 | | Blair Packer |
| CL0049 | | Jeffrey C. and E. Susan McCain |
| CL0050 | Cramer Ventures, LLC | Cramer Ventures, LLC |
| CL0051 | | James A. Cramer |
| CL0052 | Executech Utah, LLC | Executech Utah, LLC |
| CL0053 | | Richard and Georgia Tew |
| CL0054 | Southwestern Racetrack Associates | Southwestern Racetrack Associates |
| CL0055 | Jorgensen Trust | Brent and Jeanette Jorgensen Trust |
| CL0056 | | Martin B. Empey |
| CL0057 | | Charles G. Hansen (Chad) |
| CL0058 | | Ginger Lee Cruikshank |
| CL0059 | | Shannon Minkel |
| CL0060 | | John Paul Ballif |
| CL0061 | | Dianna Clark |
| CL0062 | | Benjamin Clark |
| CL0063 | | Rosalie S. Wells |
| CL0064 | | Christopher John Flint |
| CL0065 | | Maria M. Payan |
| CL0066 | | Carvel Wayne Anderson |
| CL0067 | | David R. and G. Christine Tippets |
| CL0068 | | Joseph R. Messineo |
| CL0069 | | John and Judy Johnson |
| CL0070 | | Dave Adams |
| CL0071 | | Scott R. Piggott |
| CL0072 | | Greg and Julie Rost |
| CL0073 | | Lindsay and Kathy Curtis |
| CL0074 | | Chance Thomas |
| CL0075 | | John Lewis Miller |
| CL0076 | Buena Suerte Equine | Buena Suerte Equine |
| CL0077 | | Jonathan E. Gunderson |
| CL0078 | Zad Consulting, LLC | Zad Consulting, LLC (Ezekiel Dumke IV) |
| CL0079 | | Bret and Denise G. Millett |
| CL0080 | | Charles Randal and Kathleen Ann Sturgell |

| | | |
|---|---|---|
| CL0081 | | Dennis and Annette Guffey |
| CL0082 | | Steve and Joni Miller |
| CL0083 | | Roselyn Lael Gibby |
| CL0084 | | Debra L. Moore |
| CL0085 | | Edward A. Moore |
| CL0086 | | Colby Skinner |
| CL0087 | | Denise Wells Murdock and Kevin Allen Avery |
| CL0088 | | Kenneth Forster |
| CL0089 | | Judith Higgins |
| CL0090 | | Kevin W. Shumway |
| CL0091 | | Robert G. and Maryann Harrison |
| CL0092 | | Dale Mork |
| CL0093 | | David H. Zuckerman |
| CL0094 | Robert C. Berlin Revocable Trust | Robert C. Berlin |
| CL0095 | | Carroll Golden |
| CL0096 | | Kelly R. Miner |
| CL0097 | Sinner & Saint, LLC | Sinner and Saint, LLC (Jim Cramer) |
| CL0098 | | Marcel Bowman |
| CL0099 | | Elizabeth Beilman |
| CL0100 | | Troy and Diana Alexander |
| CL0101 | | Anthon Stauffer |
| CL0102 | C/O Trevor Lang, Esq. | Mary C. and Robert L. Townsend |
| CL0103 | | Kevin Fisher |
| CL0104 | | Karen and Lucian Jude |
| CL0105 | | Terry R. Richard and Deborah J. Blocker |
| CL0106 | | Krishna Cidambi |
| CL0107 | | Michael Stanley |
| CL0108 | | Brian and Spring Deroche |
| CL0109 | | Michael L. Orgill |
| CL0110 | Order of Tranquility | Order of Tranquility (Rulon-Frederick DeYoung) |
| CL0111 | | Emily Day-Shumway |
| CL0112 | C/O Trevor Lang, Esq. | The Powell Family Trust, Lori Powell Shoukry as Trustee |
| CL0113 | Republic Services - Allied Waste | Allied Wade Services of North America, LLC, Republic Services, Inc. |
| CL0114 | | Duane Bair |
| CL0115 | | Matt D. and Michelle Steel |
| CL0116 | c/o Peter A. Klc of Peter A. Klc and Associates, PLLC | KJM 2014, LLC |
| CL0117 | | Nolan and Mary Suzanne Petersen |
| CL0118 | | Jack and Lexie Rolfe |

| | | |
|---|---|---|
| CL0119 | | Robert R. and E. Raelene Blocker |
| CL0120 | | Scott Winston and Susan Ann Olsen |
| CL0121 | | Rudy Bowman |
| CL0122 | | Kristy Lyn Tew Sauter |
| CL0123 | | Jakob Hofer |
| CL0124 | | Susan Hunter |
| CL0125 | Hunter Creek Farms, LLC | Susan Hunter, Hunter Creek Farms, LLC |
| CL0126 | | Todd R. and Barbara S. Smith |
| CL0127 | | Dustin Christensen |
| CL0128 | | William D. and Victoria R. Howell |
| CL0129 | Dean R Grover Family by Pass Trust | Dean R Grover Family by Pass Trust |
| CL0130 | | Robert E. and Patrice E. Baker |
| CL0131 | | Mark and Stephanie Mudrow |
| CL0132 | | David Fair |
| CL0133 | | Jared Hadley |
| CL0134 | | Larry Call |
| CL0135 | | Rod and Sharon Harward |
| CL0136 | | Marcus Reed |
| CL0137 | | Cylee and Michael Pressley |
| CL0138 | | Justin (Joe) Colovich |
| CL0139 | Advanced Financing, LLC | Advanced Financing, LLC |
| CL0140 | | Bary and Katie Hadley |
| CL0141 | | Bob P. and Denise S. Heaton |
| CL0142 | | Mark Callister |
| CL0143 | c/o Chelsie Robertson as Conservator | Graycee Rose Robertson |
| CL0144 | | Chelsie Robertson |
| CL0145 | Perry Adron McCullough Trust | Perry Adron McCullough Trust |
| CL0146 | | Jake M. Petersen |
| CL0147 | Parke Inc. | Parke Inc. |
| CL0148 | Forest Creek Outdoors, LLC | Forest Creek Outdoors, LLC |
| CL0149 | Xponential Inc., dba EKR | Xponential Inc., dba EKR |
| CL0150 | | Philip J. Fiore |
| CL0151 | | Michael T. Fields |
| CL0152 | | Shirley Syble Loony |
| CL0153 | | Julie Beistline |
| CL0154 | | Alexander Martin |
| CL0155 | JDH Family LTD Partnership | JDH Family LTD Partnership |
| CL0156 | | Kimi Kasai |
| CL0157 | MA Barlow TR FBO Alice B. Jones | MA Barlow TR FBO Alice B. Jones |
| CL0158 | Alice B. Jones Living Trust | Alice B. Jones Living Trust |
| CL0159 | | Jennifer L. Clawson |
| CL0160 | | Bryan D. Jones |

| | | |
|---|---|---|
| CL0161 | | Lindsay E. Jones |
| CL0162 | | Courtney Jones Nielson |
| CL0163 | | Jennifer Griffin |
| CL0164 | | Mikael and Kristen Thelin |
| CL0165 | JR Services | Jane Fjeldsted |
| CL0166 | CC Soundhouse, LLC | CC Soundhouse, LLC, Caleb Chapman, Rick Drumm, and Andrew Surmani |
| CL0167 | | James Michael Sargent |
| CL0168 | | Gus and Dakin Bowman |
| CL0169 | | Tommie Johnson |
| CL0170 | | Carol Irene Nelson |
| CL0171 | | Katie (Elizabeth) Fields |
| CL0172 | Rodriguez Living Trust | Rodriguez Living Trust, Jeffrey and Regina Rodriguez |
| CL0173 | | Clint Serr |
| CL0174 | Flint Family Protection Trust | Jill G. Flint Family Protection Trust, Kenneth W. Flint Family Protection Trust |
| CL0175 | | Benjamin Lee and Stacey Ann Baker |
| CL0176 | | Dean Paul Ivory |
| CL0177 | | Dynamic Marching, LLC |
| CL0178 | | Mary A. Green |
| CL0179 | | Rolane and Spencer Crittenden |
| CL0180 | | Kathleen Callahan |
| CL0181 | | Kirk G. Flint |
| CL0182 | | Donald and Eri K. Haley |
| CL0183 | | Laura N. Huggard |
| CL0184 | | Kevin Maughan |
| CL0185 | | James and Sheri Vest |
| CL0186 | Russell and Cindy Young Revocable Trust | Russell and Cindy Young Revocable Trust |
| CL0187 | | Cindy C. and Kirby C. Jensen |
| CL0188 | c/o Trevor Lang | Lonny and Eve Etzel |
| CL0189 | | Dale G. and Barbara S. Newbold |
| CL0190 | | Bryan and Zoe Nelson |
| CL0191 | | Vardell Taylor |
| CL0192 | | Ruth Rogness |
| CL0193 | | Alan W. Lampe |
| CL0194 | | Stephen D. and Karen R. Beverley |
| CL0195 | | Joanne Sumpio Hinson |
| CL0196 | | Randy Armstrong |
| CL0197 | | Greg Woodfin |
| CL0198 | | Shilo Stroman |
| CL0199 | | David and Deborah Costanzo |

| | | |
|---|---|---|
| CL0200 | | Bryce and Kim Abplanalp |
| CL0201 | | Yolanda Gibbs and Alvin V. Gunderson |
| CL0202 | | Benjamin John Nelson |
| CL0203 | | Anthony Beverley |
| CL0204 | | Vaughn L. and Suzanne F. Nelson (and Ben Nelson) |
| CL0205 | | Michael Blake Thornton |
| CL0206 | | Michael Dean Israel |
| CL0207 | | Sotiriou Investment Group, L.C. |
| CL0208 | | Sarah Feldman |
| CL0209 | Smith Trust | Albert N. and Kathryn Ann Smith Trust |
| CL0210 | National Federal Lands Conference | National Federal Lands Conference, Kathy Smith, President |
| CL0211 | | David Stephen Neil |
| CL0212 | Louis O. Steel Family | Val Dean Steel for Louis O. Steel Family Investment |
| CL0213 | | Keith D. and Dana W. Osborn |
| CL0214 | | Martin T. Occhi |
| CL0215 | | Mitchell Don and Angela Ferry |
| CL0216 | | Christopher Robyn Lyman |
| CL0217 | | Delani Taylor Lyman |
| CL0218 | | Jacob Nelson |
| CL0219 | Miller Family Trust | Miller Family Trust, Glenn and Jan Miller |
| CL0220 | | Ted Carlisle |
| CL0221 | | Jeremy and Kristin Scheer |
| CL0222 | | Daniel H. and Victoria K. Lemon |
| CL0223 | | Cody Browning |
| CL0224 | | Tyson Reynolds |
| CL0225 | | Angelo Vasquez |
| CL0226 | | Adam J. Welker |
| CL0227 | | David A. Welker |
| CL0228 | | Steven J. Welker |
| CL0229 | Hyde Ventures LLC | Hyde Ventures LLC, Brian Hyde |
| CL0230 | | Elwin M. Johnson |
| CL0231 | | Kevin and April Wells |
| CL0232 | | Kim H. and Kathleen B. Whitman |
| CL0233 | | William E. Roche |
| CL0234 | | Chad and Heather Hansen |
| CL0235 | | Christine Wilshaw |
| CL0236 | Argentum, LLC | Argentum, LLC, Paul Boutin |
| CL0237 | | Holly E. Johns |
| CL0238 | | Nancy and Jeffrey Porter |
| CL0239 | | Jeremy Austin Nelson |
| CL0240 | | Curt Rust |

| | | |
|---|---|---|
| CL0241 | Gemological Institute of America, Inc. | Gemological Institute of America, Inc., Dianne Gotla |
| CL0242 | | Patrick Springer |
| CL0243 | | Brady and Becky Tew |
| CL0244 | | Elliot Preston and Tekia Rae Francis |
| CL0245 | | Tamara M. Stastny |
| CL0246 | | Lance and Aanika Edwards |
| CL0247 | C/O Pamela Sanchez | Pamela Kennedy Sanchez |
| CL0248 | | Douglas Mackay |
| CL0249 | Heartbound | Heartbound |
| CL0250 | | Maria and David Bott |
| CL0251 | | Heather Taylor |
| CL0252 | | Rhett Hansen |
| CL0253 | | Tyler and Heidi Manning |
| CL0254 | | Lance K. Packer |
| CL0255 | Baugh Irrevocable Trust | Baugh Irrevocable Trust |
| CL0256 | Intermountain Hose & Fittings, Inc. | Intermountain Hose and Fittings, Inc. |
| CL0257 | | Jeffrey and Noelle Loosli |
| CL0258 | Intermountain Hydraulics | Intermountain Hydraulics |
| CL0259 | | Jay and Kathleen Baugh |
| CL0260 | JRB Business, LLC | JRB Business, LLC |
| CL0261 | M&B LLC | Mand B LLC |
| CL0262 | | Michael Baugh |
| CL0263 | | Rodney L. and Sandra L. Jones |
| CL0264 | | Rianna Loosli |
| CL0265 | Southern Hydraulics & Automation Inc. | Southern Hydraulics and Automation Inc. |
| CL0266 | | Samantha Loosli |
| CL0267 | | Shaeleigh Wuollet |
| CL0268 | | Barbara Susan Toone |
| CL0269 | | Chi Kin So |
| CL0270 | | Kent J. Toone |
| CL0271 | | Janice Jackson |
| CL0272 | | Bethany Jones and John Owens |
| CL0273 | | Tim and Cynthia Toone |
| CL0274 | | Craig and Dixie Sargent |
| CL0275 | | Corey and Angela Thurman |
| CL0276 | KBH Realty Hillfield, LLC | KBH Realty Hillfield, LLC c/o Western Corporation |
| CL0277 | | Alydia and Jonathan Grimm |
| CL0278 | | Jessica Obray |
| CL0279 | | Jeff P. and Sherie A. Warner |
| CL0280 | | Justin A. and Stacey A. Heaton |
| CL0281 | | Karen Sue Anderton |

| | | |
|---|---|---|
| CL0282 | | Steven M. Petersen |
| CL0283 | | Evgenia Zharzhavskaya |
| CL0284 | | Nathan and Brittney Miller |
| CL0285 | | Bryan John Barker |
| CL0286 | | Denise P. Crawford |
| CL0287 | | J. Randall and Janelle L. Lee |
| CL0288 | | Michael and Angela Stringham |
| CL0289 | Petersen Advantage, LLC | Petersen Advantage, LLC |
| CL0290 | | John Ryan and Wendy Blocker |
| CL0291 | | Katie zurBurg Tabor |
| CL0292 | | Shane and GaeLyn Miller |
| CL0293 | C/O Trevor Lang, Esq. Foxtrot Delta, Inc. | Faith Deeter Macomber; Foxtrot Delta, Inc. |
| CL0294 | The Bit Farm | The Bit Farm |
| CL0295 | | Melissa K. Combe |
| CL0296 | | Taunya M. Petersen |
| CL0297 | Smith Family Trust | Michael G Smith; Smith Family Trust |
| CL0298 | | Lynn M. Brinckmeyer |
| CL0299 | c/o D. Matthew Moscon Stoel Rives LLP | Hunter Family Trust |
| CL0300 | | Dolores Batalla, et al |
| CL0301 | | Joshua Nelson |
| CL0302 | | Nathanael Mason |
| CL0303 | | Kayleen Roberts (aka Katie Wells) |
| CL0304 | | Burton J. Fisher |
| CL0305 | | Joseph Shane Stewart |
| CL0306 | | Eric Dan Richhart |
| CL0307 | | Bruce B. and Lisa L. Newbold |
| CL0308 | | Scott and Vickie Mower |
| CL0309 | | LaDawn Lott |
| CL0310 | | Kent C. and Jann Mower |
| CL0311 | | Alfredo and Rubi J. Diaz |
| CL0312 | | Keith A. Kirkham |
| CL0313 | The Kirkham Family Trust | The Kirkham Family Trust |
| CL0314 | | Gary O. and Sherry F. Stringham |
| CL0315 | | Gretchen Eileen Lohse |
| CL0316 | | David M. Browning |
| CL0317 | | Daniel and Colleen Millett |
| CL0318 | | Johnny Urrutia |
| CL0319 | | Dale L. and Kareen M. Springer |
| CL0320 | | Nolan Caleb and Stormee L. Anderson |
| CL0321 | | Fayone Wood |
| CL0322 | | Don E. Fowers |
| CL0323 | | Edward Hajj |
| CL0324 | | John and Robin Berenyi |

| | | |
|---|---|---|
| CL0325 | | Susie Fay Bailey |
| CL0326 | Idaho Oral Surgery, PLLC | Idaho Oral Surgery, PLLC |
| CL0327 | | Matthew Watson |
| CL0328 | | Michael Drout |
| CL0329 | | Fernando and Martha Guzman (nee Johnson) |
| CL0330 | | Brandon and Kathleen Parke |
| CL0331 | | Lael and Jean Wells |
| CL0332 | | Jacob Ingebritson |
| CL0333 | | Donald B. Long |
| CL0334 | | Robert N. Rymer |
| CL0335 | | Connie B. McCourt |
| CL0336 | Snow Bear Paper, LLC | Snow Bear Paper, LLC |
| CL0337 | GAP Properties, LLC | GAP Properties, LLC |
| CL0338 | | Susan Baker Hepworth |
| CL0339 | | Adam and Stephanie Wells (and children) |
| CL0340 | Hatsue S Jones Marital Trust | Hatsue S. Jones Marital Trust |
| CL0341 | Central Bank Custodian | Central Bank Custodian fbo Bary Jones IRA c/o Steven J. McCardell |
| CL0342 | | Luisa Calle |
| CL0343 | GLJ Legacy Trust (et al) | GLJ Legacy Trust (et al) Bary Jones |
| CL0344 | | Jonesco Enterprises, LLC Bary Jones |
| CL0345 | | Bary G. Jones |
| CL0346 | Lion Legacy, LLC | Lion Legacy, LLC |
| CL0347 | | Margie Gregory |
| CL0348 | | Steven Michael Baker |
| CL0349 | Lloyd Braley Baker Revocable Living Trust | Lloyd Braley Baker Revocable Living Trust |
| CL0350 | c/o Peter W. Guyon, P.C. | Russell H. and Kathleen G. Mouritsen |
| CL0351 | Ronald Wells Trust | Ronald Wells, Ronald Wells Trust |
| CL0352 | | Paul Newbold |
| CL0353 | | Ryan Shuck |
| CL0354 | | Dale Shuck |
| CL0355 | Thurgood Family Living Trust | Thurgood Family Living Trust |
| CL0356 | David E. Gumbrecht Trust | David E. Gumbrecht Trust |
| CL0357 | | Barbara S. Gibbs |
| CL0358 | | Enoch and Catrina Foster |
| CL0359 | | Leo Farnsworth |
| CL0360 | Be Part of the Music | Be Part of the Music |
| CL0361 | | Scott Lang |
| CL0362 | | Michael Dan Ripplinger |
| CL0363 | TStevens, LLC | TStevens, LLC |
| CL0364 | | Edward L. Terry |
| CL0365 | Shade Properties | Shade Properties |
| CL0366 | Salt Lake County Treasurer | Salt Lake County Treasurer |
| CL0367 | | Chad B. and Jacquelyn M. Neibaur |

| | | |
|---|---|---|
| CL0368 | | Edgar Lara |
| CL0369 | | Jil Carter |
| CL0370 | Bart Hone Racing, Inc | Bart Hone Racing, Inc |
| CL0371 | | Grady Bowman |
| CL0372 | Bedell's Training Stable | Bedell Conboy, Bedell's Training Stable |
| CL0373 | | Tiffani Bea and Edward Grimm |
| CL0374 | | Kerry L. and Lori Preece |
| CL0375 | c/o Kristin Farnsworth | Jim Peterson, c/o Kristin Farnsworth |
| CL0376 | | Derek Jeffrey Iverson |
| CL0377 | | Don Meighan |
| CL0378 | Verker Properties, LLC | Verker Properties, LLC |
| CL0379 | Tri State Properties, LLC | Tri State Properties, LLC |
| CL0380 | | Mark W. Nelson |
| CL0381 | | Dallin Christopher Peterson |
| CL0382 | | Alexandra Taylor Peterson |
| CL0383 | | Caleb James Peterson |
| CL0384 | | David Christopher Peterson |
| CL0385 | | Robert M. and Debra Ball |
| CL0386 | | Janet E. Brown |
| CL0387 | | Michael James Greene |
| CL0388 | | Kevin Later |
| CL0389 | | Collin and Patricia Cox |
| CL0390 | C/O B&B Land & Livestock LLP | B and B Land and Livestock LLP |
| CL0391 | | Christopher Jordan |
| CL0392 | | Alton V. and Sharla J. Diamond |
| CL0393 | Moffat Media, LLC | Moffat Media, LLC |
| CL0394 | | Glen W. Haner |
| CL0395 | | Kimberly Sargent Schmidt |
| CL0396 | | Tyson and Angie Smith |
| CL0397 | | James and Catherine Binsacca |
| CL0398 | | Sydney Neibaur Johnson |
| CL0399 | | Jason W. and Tamara A. Hixson |
| CL0400 | | Dorothy Neff |
| CL0401 | | Stacey and Douglas K. Farrer |
| CL0402 | | Max David Peterson |
| CL0403 | | Brynn Elizabeth Peterson |
| CL0404 | | Luis Alberto Morales Cortes |
| CL0405 | | Richard Schow Adams |
| CL0406 | | Erin Stokes |
| CL0407 | | Jordan Kristopher Miller |
| CL0408 | | Whittney Thomas |
| CL0409 | | Kyle Fisher |
| CL0410 | | Jacob Hunt |
| CL0411 | | Brian M. Cox |
| CL0412 | | Scott and Monica Adams |

| | | |
|---|---|---|
| CL0413 | | Clyde A. and Norma B. Neibaur |
| CL0414 | | Joseph James Belliston |
| CL0415 | | Ray T. Smith |
| CL0416 | Neptune Artemia, LLC | Neptune Artemia, LLC |
| CL0417 | JASJ Holdings, LLC | JASJ Holdings, LLC |
| CL0418 | | William Kent Tilley |
| CL0419 | | Jordan R. Tilley |
| CL0420 | Justified, LLC | Justified, LLC |
| CL0421 | ISI Holdings, LLC | ISI Holdings, LLC |
| CL0422 | Blue Wave Aquaculture, LLC | Blue Wave Aquaculture, LLC |
| CL0423 | | Robert E. Tilley |
| CL0424 | | Nancy and David Cox |
| CL0425 | | Brent B. and Tarryn J. Neibaur |
| CL0426 | | Andrew and Tally Johnson |
| CL0427 | | Michael J. Lee |
| CL0428 | c/o Peter W Guyon, P.C. | J. Donene Polson |
| CL0429 | | Steven Winn |
| CL0430 | Analea Manning Garbett Revocable Trust c/o Peter W. Guyon, P.C. | Analea Manning Garbett Revocable Trust, Debra A Peterson, Trustee |
| CL0431 | | Peter W. Guyon, P.C. |
| CL0432 | c/o Peter W. Guyon, P.C. | Peter W. Guyon |
| CL0433 | | Jacob Kongaika |
| CL0434 | c/o Dave Dudik | Eagle Eye Construction Inc. |
| CL0435 | | David M. and Gwendolyn S. Dudik |
| CL0436 | | Brigham Baker |
| CL0437 | | Magdalen Paige Drew |
| CL0438 | | Joshua Steven Larsen |
| CL0439 | | Howard Hess |
| CL0440 | | Greg P. and Julie A. Sargent |
| CL0441 | | Michael T. and Brittany Andersen |
| CL0442 | | Randy J. and Dana O. Fisher |
| CL0443 | | Charles Chestnut Drew |
| CL0444 | | Anne Marie Fennell |
| CL0445 | | Kathleen Barlow |
| CL0446 | | Brennen Leigh Hulbert |
| CL0447 | | Daniel Jay Haddock |
| CL0448 | | Tyler and Natalie Hawkes |
| CL0449 | Lugli Family Trust | Lugli Family Trust |
| CL0450 | L&B Development, LLC | L & B Development, LLC |
| CL0451 | | Gregory Scott Slater |
| CL0452 | | Dixie Lynn Baker |
| CL0453 | | South Springs Animal Hospital, LLC |
| CL0454 | Hoppermetals | Hoppermetals |
| CL0455 | | Susan Barker |

| | | |
|---|---|---|
| CL0456 | Schwab One Trust Account/Barlow Dieman Marital Exempt Trust | Schwab One Trust Account/Barlow Dieman Marital Exempt Trust |
| CL0457 | | Elsie Olson Barlow |
| CL0458 | | Carl and Deborah Gibbs |
| CL0459 | | Diane Morris and William Douglas Wilson |
| CL0460 | | Gerald Stanley |
| CL0461 | | Larry Michael and Rae Ellen Smith |
| CL0462 | | Camryn C. Broderick |
| CL0463 | | Tracesa Lavon Eckert |
| CL0464 | | Brayden Henderson Watson |
| CL0465 | | Shawn Wyatt Smith |
| CL0466 | | Bryan Powell |
| CL0467 | | Sara McCormick |
| CL0468 | | Catherine Howick |
| CL0469 | | Erin Cole |
| CL0470 | | Jacob Scott Rakozy |
| CL0471 | Jeannette Dieman Trust FBO Eric S. Frederickson | Jeannette Dieman Trust FBO Eric S. Frederickson |
| CL0472 | Jeannette Dieman Trust FBO Steven Frederickson | Jeannette Dieman Trust FBO Steven Frederickson |
| CL0473 | Phyllis Bowman, Trustee | Phyllis Bowman, Phillip A. Bowman,Trustee |
| CL0474 | Gloria Barlow Bowman Family Trust | Gloria Barlow Bowman Family Trust |
| CL0475 | Gloria Barlow Bowman Loan | Gloria Barlow Bowman Loan |
| CL0476 | | Sarah E. Bowman |
| CL0477 | Five West Properties, LLC | Five West Properties, LLC |
| CL0478 | | Katherine Bowman |
| CL0479 | Phillip & Gloria Bowman Living Trust | Phillip and Gloria Bowman Living Trust |
| CL0480 | | David Bowman |
| CL0481 | | Michael James Peterson |
| CL0482 | | Carl and Emily Fillerup |
| CL0483 | | Kevin Gregory McDonald |
| CL0484 | | Emily Francis |
| CL0485 | | Stafford Smith |
| CL0486 | | Ken Wade |
| CL0487 | | Jed Russell |
| CL0488 | | Clint Hedberg |
| CL0489 | | Benjamin Wade |
| CL0490 | | Mary Wade |
| CL0491 | | Brad Wade |
| CL0492 | Doris E. Wade Trust | Doris E. Wade Trust |
| CL0493 | | Sara Leonard |
| CL0494 | | Jenny Weilacher |

| | | |
|---|---|---|
| CL0495 | | Aleece Skeem |
| CL0496 | | Brenda M. Hoelman |
| CL0497 | | Michael Emmett Baker |
| CL0498 | | Donald L. Baker |
| CL0499 | | Wayne B. Baker |
| CL0500 | | Emily Brown |
| CL0501 | | Brenda Bateman |
| CL0502 | | Jennifer Latchman-Atkins |
| CL0503 | | Lori Anne Pantuso |
| CL0504 | | Daniel J. and Jessica R. McCain |
| CL0505 | | Semisi Katoa |
| CL0506 | | Jake and Trina Reed |
| CL0507 | Marquis Media Source, LLC | Marquis Media Source, LLC |
| CL0508 | | Jacob William Francis |
| CL0509 | | Scott Aaron Seipert |
| CL0510 | | Shelley L. Tanner |
| CL0511 | | Jeff M. Ransom |
| CL0512 | | Sidney J. Wells |
| CL0513 | | Matt DeRoche |
| CL0514 | | Thomas J. Williams |
| CL0515 | | Wesley B. Neibaur |
| CL0516 | Estate of Emily Jean Knobloch, c/o Robert C. Berlin | Estate of Emily Jean Knobloch, c/o Robert C. Berlin |
| CL0517 | | Robert Paul and Karen E. Beard |
| CL0518 | | David A. and Christy T. Bartlett |
| CL0519 | | Jared Gay |
| CL0520 | | Ryan Heaton |
| CL0521 | CompWest Insurance Company | CompWest Insurance Company |
| CL0522 | | Margaret L. Blackburn Harlow |
| CL0523 | | Tatiana Haner |
| CL0524 | | Barry Warner |
| CL0525 | | Arthur and Margot Hovley |
| CL0526 | | Shannon Shepherd |
| CL0527 | | Adam Baker |
| CL0528 | | Jesus Florido |
| CL0529 | Armstrong & Lambert Management, LLC | Armstrong and Lambert Management, LLC |
| CL0530 | | Chase Clark |
| CL0531 | Alpine Airpark Refuge Inc. | Alpine Airpark Refuge Inc. |
| CL0532 | | Kristopher Brian Springer |
| CL0533 | | Christopher Keith Morgan |
| CL0534 | c/o Russell & Barbara Hunter | Russell and Barbara Hunter |
| CL0535 | | Jeffrey W. and Connie Simister |
| CL0536 | | Spencer Simister |

| | | |
|---|---|---|
| CL0537 | Keystone Real Estate Lending Fund, L.P. | Keystone Real Estate Lending Fund, L.P. |
| CL0538 | | Michael G. and Sonja Holmes |
| CL0539 | | Drew and Lesliean B. Izatt |
| CL0540 | | Corey and Bonnie Pantuso |
| CL0541 | | Gene Warren |
| CL0542 | | Scott and Shelley Hunter |
| CL0543 | | Gretchen Howell |
| CL0544 | | Rebecca Moench |
| CL0545 | | Sinfonia Salt Lake |
| CL0546 | | Christopher Noel McKay |
| CL0547 | | Nicole and Travis Gregory |
| CL0548 | Atmosphere Technologies Heating & Air Conditioning, Inc. | Atmosphere Technologies Heating and Air Conditioning, Inc. |
| CL0549 | | Nathan and Crystal Gregory |
| CL0550 | | Sarah Goodsell |
| CL0551 | | D'Aaron Gonzalez |
| CL0552 | Richard W. Larsen Trust | Richard W. Larsen Trust |
| CL0553 | | Performance Audio, LLC |
| CL0554 | Metropolitan Window Cleaning of Utah | Metropolitan Window Cleaning of Utah |
| CL0555 | | Meri Jennifer Sprague |
| CL0556 | | Rex A. and Kathleen T. Reed |
| CL0557 | c/o Penrod Keith at Durham, Jones, and Pinegar, PC | Bradley G. Burrows |
| CL0558 | | Robert Steven Austin |
| CL0559 | | Larry Kimura |
| CL0560 | | Gloria Lauren Francis |
| CL0561 | | Wendell and Rhonda Taylor |
| CL0562 | Clarence and Nancy Fields | Ag Tsunami, LLC |
| CL0563 | | Patti Vincent |
| CL0564 | | Jeff Vincent |
| CL0565 | | Marty Jane McMillan |
| CL0566 | | Utah State University and the Utah State University Foundation |
| CL0567 | | Heidi Bragg |
| CL0568 | | Ashton Productions LLC |
| CL0569 | | Daxson Hale |
| CL0570 | | Skyler Romriell |
| CL0571 | | Kelly and Amy Springer |
| CL0572 | | Frank and Stephanie Freeno |
| CL0573 | Estate of Daniel Lewis Dimick | Estate of Daniel Lewis Dimick |
| CL0574 | | Siying Tong |
| CL0575 | Utah County | Utah County |

| | | |
|---|---|---|
| CL0576 | | Marcie Christenson, aka Marcie Shean |
| CL0577 | DBA SDG Music | Michele E. Baer (DBA SDG Music) |
| CL0578 | Leland S. Jacobson Trust | Leland S. Jacobson Trust |
| CL0579 | Easy Tracks, LLC. | Easy Tracks, LLC. |
| CL0580 | | Rachel Goates |
| CL0581 | | Tracy Woodbury |
| CL0582 | | Ryan D. Brindley |
| CL0583 | | Brett Brindley |
| CL0584 | | Dayna J. Atherley |
| CL0585 | (also DBA Paulista Music Publishing) | Staci L. Peters (also DBA Paulista Music Publishing) |
| CL0586 | | Jason Anderson |
| CL0587 | (DBA Aventura LLC) | Ronald Scott Wells, (DBA Aventura LLC) |
| CL0588 | Basin Land & Title Abstract, Inc. | Basin Land and Title Abstract, Inc. |
| CL0589 | | John D. Oberhansly |
| CL0590 | Estate of Fern B. Oberhansly | Estate of Fern B. Oberhansly |
| CL0591 | | Mark B. Oberhansly |
| CL0592 | | Ruth Hansen |
| CL0593 | | Chase Taylor |
| CL0594 | | James W. and Carol L. Mahar |
| CL0595 | | Terry S. Fisher |
| CL0596 | | Erik and Carrie Wordal |
| CL0597 | | Joseph M. Rice, Jr. |
| CL0598 | | Wayne Larsen |
| CL0599 | | David W. Tea |
| CL0600 | | Roger Hoffman |
| CL0601 | | Paul W. Boutin |
| CL0602 | | Lambert Family Revocable Trust |
| CL0603 | | Jimmy Scholzen |
| CL0604 | | Nick Scholzen |
| CL0605 | H-2 Cattle, LLC | H-2 Cattle, LLC |
| CL0606 | | Michael Millett |
| CL0607 | | Ethan Ault |
| CL0608 | Yamamoto, Inc. | Yamamoto, Inc. |
| CL0609 | | Thomas Gene Harrison |
| CL0610 | Binsacca Family Trust | Binsacca Family Trust |
| CL0611 | | Monika Rosborough-Bowman |
| CL0612 | Todd Smith Electric, Inc. | Todd Smith Electric, Inc. |
| CL0613 | Bott Ag, LLC | Bott Ag, LLC |
| CL0614 | Consolidation Nation, LLC | Consolidation Nation, LLC |
| CL0615 | Watermaster Plumbing, LLC | Watermaster Plumbing, LLC |
| CL0616 | Phillips Marketing & Management, LLC | Phillips Marketing and Management, LLC |

| | | |
|---|---|---|
| CL0617 | | Mark Burnett |
| CL0618 | Paladin Defensive Solutions, LLC | Paladin Defensive Solutions, LLC |
| CL0619 | | Jeff and Tiffany Grover |
| CL0620 | | Steven Grover |
| CL0621 | Shanee Peterson Lifetime Trust | Shanee Peterson Hadley Lifetime Trust |
| CL0622 | | Rodger Glaspey |
| CL0623 | | Jace Tilley |
| CL0624 | | Michael Chapman |
| CL0625 | | Scott and Shelley Hunter |
| CL0626 | | Keith C. Tilley |
| CL0627 | | Hawkes, Cynthia (Cindy) |