David C. Castleberry, Utah Bar No. 11531
OGLETREE, DEAKINS, NASH
    SMOAK & STEWART, P.C.
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
Telephone: 801.658.6166
Facsimile:  385.360.1707
david.castleberry@ogletree.com

*Attorneys for R. Wayne Klein, Conflicts Receiver*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

---

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes,<br>                    Plaintiffs,<br>vs.<br><br>RUST RARE COIN, INC., a Utah corporation and GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, JOSHUA DANIEL RUST, an individual,<br>                    Defendants.<br>and<br><br>ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING, INC., a Utah corporation, R LEGACY ENTERTAINMENT, LLC, a Utah limited liability company, and R LEGACY INVESTMENTS, LLC, a Utah limited liability company,<br><br>                    Relief Defendants. | **R. WAYNE KLEIN, CONFLICTS RECEIVER'S NON-OPPOSITION TO MOTION TO INTERVENE**<br><br>Civil No. 2:18-CV-00892-TC<br>Judge Tena Campbell |

R. Wayne Klein, the court-appointed Conflicts Receiver, does not oppose the Motion to Intervene and Memorandum in Support filed by Movant Leland S Jacobson Trust on March 23, 2023 (Doc No. 496).

DATED this 30th day of March, 2023.

OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ David C. Castleberry

David C. Castleberry
Attorneys for R. Wayne Klein, Conflicts Receiver

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of March, 2023, I served the foregoing **R. WAYNE KLEIN, CONFLICTS RECEIVER'S NON-OPPOSITION TO MOTION TO INTERVENE** on the persons identified below as indicated:

| | |
|---|---|
| Thomas L. Simek<br>Commodity Futures Trading Commission<br>4900 Main Street, Suite 500<br>Kansas City, MO 64112<br>tsimek@cftc.gov<br>*Attorneys for Plaintiff Commodity Futures Trading Commission* | ☐ U.S. Mail – Postage Prepaid<br>☐ Hand Delivery<br>☑ Electronic Filing<br>☐ Email |
| Monique McElwee<br>US Commodity Futures Trading Commission<br>2600 Grand Blvd, Suite 210<br>Kansas City, MO 64108<br>mmcelwee@cftc.gov<br>*Attorneys for Plaintiff Commodity Futures Trading Commission* | ☐ U.S. Mail – Postage Prepaid<br>☐ Hand Delivery<br>☑ Electronic Filing<br>☐ Email |
| Thomas M. Melton<br>Robert G. Wing<br>PARR BROWN GEE & LOVELESS, P.C.<br>101 South 200 East, Suite 700<br>Salt Lake City, UT 84111<br>tmelton@parrbrown.com<br>rwing@parrbrown.com<br>*Attorneys for Plaintiff State of Utah Division Securities through Attorney General, Sean D. Reyes* | ☐ U.S. Mail – Postage Prepaid<br>☐ Hand Delivery<br>☑ Electronic Filing<br>☐ Email |
| Jennifer R. Korb<br>Paula Woodland Faerber<br>Utah Attorney General's Office<br>160 East 300 South, Fifth Floor<br>Salt Lake City, UT 84114<br>jkorb@agutah.gov<br>pfaerber@agutah.gov<br>*Attorneys for Plaintiff State of Utah Division of Securities through Attorney General, Sean D. Reyes* | ☐ U.S. Mail – Postage Prepaid<br>☐ Hand Delivery<br>☑ Electronic Filing<br>☐ Email |

| | | |
|---|---|---|
| Gaylen Dean Rust | ☑ | U.S. Mail – Postage Prepaid |
| 26796-081 | ☐ | Hand Delivery |
| Yazoo Medium Inmate Mail/Parcels | ☐ | Electronic Filing |
| PO Box 5000 | ☐ | Email |
| Yazoo City, MS 39194 | | |
| *Defendant Pro Se* | | |

| | | |
|---|---|---|
| Tara L. Isaacson | ☐ | U.S. Mail – Postage Prepaid |
| BUGDEN & ISAACSON LLC | ☐ | Hand Delivery |
| 445 East 200 South, Suite 150 | ☑ | Electronic Filing |
| Salt Lake City, UT 84111 | ☐ | Email |
| tara@bilaw.net | | |
| *Attorney for Relief Defendant and an* | | |
| *individual, Denise Gunderson Rust* | | |

| | | |
|---|---|---|
| Andrew G. Deiss | ☐ | U.S. Mail – Postage Prepaid |
| Corey Drew Riley | ☐ | Hand Delivery |
| DEISS LAW PC | ☑ | Electronic Filing |
| 10 West 100 South, Suite 700 | ☐ | Email |
| Salt Lake City, UT 84101 | | |
| deiss@deisslaw.com | | |
| criley@deisslaw.com | | |
| *Attorneys for Relief Defendant and an* | | |
| *individual, Joshua Daniel Rust* | | |

| | | |
|---|---|---|
| Sean N. Egan | ☐ | U.S. Mail – Postage Prepaid |
| SEAN N. EGAN ATTORNEY AT LAW | ☐ | Hand Delivery |
| 215 S. State Street, Suite 775 | ☑ | Electronic Filing |
| Salt Lake City, UT 84111 | ☐ | Email |
| seannegan@sneganlaw.com | | |
| *Attorneys for Relief Defendant and an* | | |
| *individual, Aleesha Rust Franklin* | | |

| | | |
|---|---|---|
| Karra J. Porter (5223) | ☐ | U.S. Mail – Postage Prepaid |
| Todd D. Weiler (7671) | ☐ | Hand Delivery |
| CHRISTENSEN & JENSEN, P.C. | ☑ | Electronic Filing |
| 257 East 200 South, Suite 1100 | ☐ | Email |
| Salt Lake City, Utah 84111 | | |
| karra.porter@chrisjen.com | | |
| todd.weiler@chrisjen.com | | |
| *Attorneys for Movant Leland S. Jacobson* | | |
| *Trust* | | |

| | | |
|---|---|---|
| Troy J. Aramburu | ☐ | U.S. Mail – Postage Prepaid |
| SNELL & WILMER LLP | ☐ | Hand Delivery |
| 111 S. Main Street, Suite 600 | ☒ | Electronic Filing |
| Salt Lake City, UT 84101 | ☐ | Email |
| taramburu@swlaw.com | | |
| *Attorneys for Objector Keystone Real Estate* | | |
| *Lending Fund, LP* | | |

| | | |
|---|---|---|
| Thomas W. Seiler | ☐ | U.S. Mail – Postage Prepaid |
| Seiler Anderson Fife & Marshall, LC | ☐ | Hand Delivery |
| 2500 North University Ave. | ☒ | Electronic Filing |
| Provo, Utah 84604 | ☐ | Email |
| tws@safmlaw.com | | |
| *Attorneys for* | | |

| | | |
|---|---|---|
| Steven T. Waterman (4164) | ☐ | U.S. Mail – Postage Prepaid |
| DORSEY & WHITNEY LLP | ☐ | Hand Delivery |
| 111 South Main Street, 21st Floor | ☐ | Electronic Filing |
| Salt Lake City, UT 84111-2176 | ☒ | Email |
| Telephone: (801) 933-7365 | | |
| Facsimile: (801) 933-7373 | | |
| waterman.steven@dorsey.com | | |
| *Attorneys for Non-Party Zions* | | |
| *Bancorporation, N.A.* | | |

| | | |
|---|---|---|
| Joseph M.R. Covey | ☐ | U.S. Mail – Postage Prepaid |
| Jeffery A. Balls | ☐ | Hand Delivery |
| Clair McGuire | ☒ | Electronic Filing |
| PARR BROWN GEE & LOVELESS, P.C. | ☐ | Email |
| 101 South 200 East, Suite 700 | | |
| Salt Lake City, UT 84111 | | |
| jcovey@parrbrown.com | | |
| jballs@parrbrown.com | | |
| cmcguire@parrbrown.com | | |
| *Attorneys for Receiver Jonathan O. Hafen* | | |

5

Cynthia D. Love
KIRKLAND & ELLIS
60 E. South Temple, Seventh Floor
Salt Lake City, UT 84111
clove@parrbrown.com
*Attorneys for Receiver Jonathan O. Hafen*

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

*/s/ David C. Castleberry*

55747294.v1-OGLETREE