UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes,<br><br>        Plaintiffs,<br>v.<br><br>RUST RARE COIN INC., a Utah corporation, GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, and JOSHUA DANIEL RUST, an individual<br><br>        Defendants,<br><br>and<br><br>ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company,<br><br>        Relief Defendants. | ORDER GRANTING MOTION TO APPROVE RECEIVER'S SETTLEMENT AGREEMENT WITH TYLER THURGOOD<br><br>Case No. 2:18-cv-892<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is a Motion to Approve Receiver's Settlement Agreement with Tyler Thurgood (the "Motion"), submitted by Jonathan O. Hafen in his capacity as the Court-Appointed Receiver (the "Receiver") for the assets of Rust Rare Coin Inc., Gaylen Dean Rust, Denise Gunderson Rust, Joshua Daniel Rust, Aleesha Rust Franklin, R Legacy Racing Inc., R Legacy Entertainment LLC, and R Legacy Investments LLC.

Based on the Motion and for good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. The Settlement Agreement attached to the Motion as <u>Exhibit A</u> is approved.

DATED this 13 day of November, 2023.

                                          UNITED STATES DISTRICT COURT

                                          _____
                                          Dustin B. Pead
                                          United States Magistrate Judge