IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes,<br><br>   Plaintiffs,<br><br>   v.<br><br>RUST RARE COIN INC., a Utah corporation, and GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, JOSHUA DANIEL RUST, an individual,<br><br>   Defendants,<br><br>and<br><br>ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company.<br><br>   Relief Defendants. | **ORDER GRANTING MOTION TO APPROVE RECEIVER'S SETTLEMENT AGREEMENT WITH BARY G. JONES, JONESCO ENTERPRISES, LLC, GLJ LEGACY TRUST, HATSUE S JONES MARITAL TRUST, AND CENTRAL BANK, CUSTODIAN FOR THE BENEFIT OF BARY JONES IRA 20825**<br><br>Case No. 2:18-cv-00892-TC<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Before the court is the Motion to Approve Receiver's Settlement Agreement with Bary

G. Jones, Jonesco Enterprises, LLC, GLJ Legacy Trust, the Hatsue S Jones Marital Trust, and

Central Bank, Custodian for the benefit of Bary Jones IRA 20825, submitted by Jonathan O.

Hafen in his capacity as the court-appointed Receiver for the assets of Rust Rare Coin Inc.,

Gaylen Dean Rust, Denise Gunderson Rust, Joshua Daniel Rust, Aleesha Rust Franklin, R Legacy Racing Inc., R Legacy Entertainment LLC, and R Legacy Investments LLC.

Based on the motion and for good cause appearing, it is hereby ORDERED that:

1. The motion (ECF No. 526) is GRANTED.

2. The Settlement Agreement attached to the Motion as Exhibit A is approved.

DATED this 14th day of December, 2023.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge