## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

COMMODITY FUTURES TRADING COMMISSION, and

STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes

Plaintiffs,

vs.

RUST RARE COIN INC., a Utah corporation, GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, JOSHUA DANIEL RUST, an individual,

Defendants;

and

ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company.

Relief Defendants.

ORDER GRANTING TWENTY-NINTH INTERIM FEE APPLICATION

Civil No. 2:18-cv-00892-TC

Judge Tena Campbell

Magistrate Judge Dustin Pead

Before the Court is the twenty-ninth interim fee application (the "Fee Application"), submitted by Jonathan O. Hafen in his capacity as the Court-Appointed Receiver for Rust Rare Coin Inc., Gaylen Dean Rust, R Legacy Racing Inc., R Legacy Entertainment LLC, R Legacy Investments LLC, Denise Gunderson Rust, and Joshua Daniel Rust (collectively, "Defendants") seeking approval by the Court for the fees and expenses incurred by the Receiver; the Receiver's

counsel, Parr Brown Gee & Loveless ("Parr Brown"), Sacks Tierney P.A. ("Arizona Counsel"), and the Receiver's accountants, Berkeley Research Group ("BRG"), for the period of October 1, 2025, through December 31, 2025 (the "Application Period"), and authorization to pay all allowed fees and expenses from funds of the Receivership Estate.

Based on the Fee Application and accompanying exhibits, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1.      The Fee Application is GRANTED; and

2.      The Receiver is hereby authorized to pay the fees and expenses incurred by the Receiver, Parr Brown, BRG and Arizona Counsel, as follows:

|   |   |   |
|---|---|---|
| a. | Receiver: | $23,226.50 for fees and expenses. |
| b. | Parr Brown: | $74,406.82 for fees and expenses. |
| c. | BRG: | $26,116.48 for fees and expenses. |
| d. | Arizona Counsel: | $722.50 for fees and expenses. |

3.      The Receiver and his professionals will not take any fees or be reimbursed for any expenses from the Receivership Estate until after the Receiver recovers at least three times the amount of the fees for the Estate, at which time the approved fees and expenses shall be paid.

DATED this 17 day of March, 2026.

Honorable Dustin B. Pead
United States Magistrate Judge

2